IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KIM ELIZABETH HODGSON**

    Plaintiff,

    v.

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

    Defendant.

No. 3:10-cv-06261-ST

OPINION AND ORDER

**MOSMAN, J.**,

On September 14, 2011, Magistrate Judge Stewart issued her Findings and Recommendation ("F&R") [20] in the above-captioned case recommending that I reverse and remand the Commissioner's decision for further proceedings. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a de novo or any other standard, the factual or legal

1 – OPINION AND ORDER

conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation and I ADOPT the F&R [20] as my own opinion.

IT IS SO ORDERED.

DATED this   7th   day of October, 2011.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

2 – OPINION AND ORDER